UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. **16-CV-81934 ZLOCH/WHITE**

FILED by _____ D.C.

NOV 3 0 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. - W.P.B.

QUINTON SYLVESTRE, PLAINTIFF

V.

PALM BEACH COUNTY SHERIFFS OFFICE, DEFENDANT
DEPUTY BROWN, DEFENDANTS
DEPUTY KING, DEFENDANTS

A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

1. PARTIES

A. PLAINTIFF: QUINTON SYLVESTRE
   INMATE #: 0362165
   YEAR OF BIRTH: 1986
   ADDRESS: PALM BEACH COUNTY JAIL, PO BOX 24716
            WEST PALM BEACH FL 33416

B. DEFENDANTS: PALM BEACH COUNTY SHERIFFS OFFICE
               3228 GUN CLUB ROAD
               WEST PALM BEACH FL 33406

— PAGE 1 —

(DEFENDANTS CONTINUED)

DEPUTY BROWN
3228 GUN CLUB ROAD
WEST PALM BEACH FL 33406

DEPUTY KING
3228 GUN CLUB ROAD
WEST PALM BEACH FL 33406

II. STATEMENT OF CLAIM: ON FRIDAY, NOVEMBER 25th 2016, ON THE 4PM TO MIDNIGHT SHIFT, AT PALM BEACH COUNTY JAIL, FEMALE DEPUTY BROWN OPENED THE SHOWER DOOR WHILE I WAS SHOWERING AND STARED AT MY GENITAL AREA FOR OVER ONE FULL MINUTE. SHE THEN GRABBED MY TOWEL AND ALL OF MY CLOTHES, LEFT THE SHOWER AREA WITH THEM, TOLD DEPUTY KING TO OPEN THE HOUSING UNIT DOOR, AND THREW MY TOWEL AND ALL MY CLOTHES OUTSIDE THE HOUSING UNIT INTO THE VESTIBULE. FOR THE NEXT 40 MINUTES, I RESPECTFULLY REQUESTED FOR THESE 2 DEPUTIES TO RETURN

— PAGE 2 —

MY CLOTHES, TO WHICH THEY REPLIED,
"FUCK YOU NIGGER, GO GET THEM YOURSELF."
I WAS FINALLY FORCED TO EXIT THE SHOWER
AND WALK COMPLETELY NAKED BACK TO MY
CELL IN FRONT OF THESE 2 FEMALE DEPUTIES
AND ALL THE OTHER INMATES ON THE HOUSING
UNIT, AFTER DEPUTY BROWN THREATENED TO
"LOCK DOWN" ALL THE OTHER MALE INMATES
IF THEY GAVE ME ANOTHER TOWEL OR CLOTHES
TO WEAR. DEPUTY BROWN VERBALLY AND SEXUALLY
DEGRADED ME AS I WALKED NAKED DOWN THE
STAIRS, THROUGH THE UNIT, AND BACK TO MY
CELL, AND SLAMMED THE CELL DOOR CLOSED.
SHE THEN OPENED THE ADJACENT "PIPE CHASE"
DOOR, AND MANUALLY TURNED OFF THE WATER
TO THE CELL, INCLUDING THE DRINKING WATER
AND THE TOILET WATER AND STATED TO BOTH
MYSELF AND MY CELLMATE, "DRINK FROM
THE TOILET IF YOU'RE THIRSTY." AN HOUR
LATER, I WAS SITTING ON THE TOILET WHILE
DEFECATING (STILL NAKED), AND DEPUTY
BROWN TURNED ON THE BRIGHT OVERHEAD
LIGHT IN MY CELL FROM THE OFFICERS
STATION, APPROACHED THE CLEAR, SEE

— Page 3 —

Through CELL DOOR WHICH IS ONLY 2 FEET FROM THE CELL TOILET, AND STARED DOWN INTO MY GENITAL AREA AND REFUSED TO LEAVE AND STOP VERBALLY DEGRADING ME FOR SEVERAL MINUTES. DEPUTY BROWN AND DEPUTY KING LEFT ME NAKED IN MY CELL WITH MY CELLMATE AND THE LIGHTS TURNED ON FOR THE NEXT 6 HOURS WITH NO WATER. AT 11:45 PM SHE (BROWN) RETURNED MY CLOTHES, BUT REFUSED TO TURN OUR WATER BACK ON, AND LEFT AT THE MIDNIGHT SHIFT CHANGE WITHOUT DOING SO. OUR WATER WAS NOT TURNED BACK ON UNTIL 1:00 AM WHEN I EXPLAINED THE SITUATION TO MIDNIGHT DEPUTY FABIAN, WHO IMMEDIATLY TURNED THE WATER BACK ON.

This IS NOT THE FIRST TIME DEPUTY BROWN HAS OPENED THE SHOWER DOOR ON ME TO STARE AT MY GENITALS. THIS IS ONGOING SEXUAL HARRASSMENT AND SERIOUS VIOLATION OF MY CLEARLY ESTABLISHED RIGHT TO BODILY PRIVACY FROM STAFF MEMBERS OF THE OPPOSITE SEX, AND THIS WAS CLEARLY A MALICIOUS ACT INTENDED TO HUMILIATE

— PAGE 4 —

ME FOR NO LEGITIMATE PENOLOGICAL REASON, AND AS A REASONABLE PERSON, I BELIEVE AND EXPECT THESE ACTS TO CONTINUE AGAINST ME AS THEY HAVE BEEN, UNTIL THE COURT INTERVENES WITH INJUNCTIVE RELIEF. BEFORE DEPUTY BROWN AND DEPUTY KING EXITED THE UNIT, I HANDED THEM AN "INMATE GRIEVANCE" THROUGH THE CRACK IN THE CELL DOOR IN REFERENCE TO THEIR MISCONDUCT, AND DEPUTY BROWN RIPPED IT UP IN FRONT OF ME, AND SAID, "FUCK YOU AND YOUR GRIEVANCE... AND DON'T WRITE NO MORE!" THE NEXT DAY I FILED ANOTHER GRIEVANCE, BUT GOT NO RESPONSE. DEPUTY KING FAILED TO INTERVENE, AND PARTICIPATED IN THESE CONSTITUTIONAL VIOLATIONS. I WANT DEPUTIES BROWN AND KING HELD LIABLE IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES.

III. RELIEF: I WANT INJUNCTIVE RELIEF. I WANT DECLARATORY JUDGEMENT. I WANT COMPENSATORY DAMAGES IN THE AMOUNT OF EIGHT HUNDRED THOUSAND DOLLARS, AND PUNITIVE DAMAGES IN THE AMOUNT OF FIVE HUNDRED THOUSAND DOLLARS. I WANT A PRELIMINARY INJUNCTION BEFORE THE OUTCOME OF THIS CASE, ORDERING THE SHERIFFS OFFICE, DEPUTIES BROWN AND KING, AND THEIR CO-WORKERS TO IMMEDIATLY REFRAIN FROM ALL AND ANY ACTS OF INVASION OF BODILY PRIVACY, HARASSMENT, OR RETALIATION DURING THIS CIVIL ACTION. I WANT DEPUTIES BROWN AND KING RE-ASSIGNED TO "NON-FULL CONTACT" POSTS SO THEY ARE UNABLE TO CONTINUE TO ENGAGE IN SUCH CONDUCT AMONG MEMBERS (INMATES) OF THE OPPOSITE SEX.

— Page 6 —

IV. JURY DEMAND

Do You DEMAND A JURY TRIAL? ☒ YES ☐ NO

SIGNED This 28th Day oF NovEMBER 2016.

X _____
SIGNATURE OF PLAINTIFF

I DECLARE UNDER PENALTY oF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: 11/28/2016

X _____
SIGNATURE OF PLAINTIFF

—— PAGE 7 ——

QUINTON SYLVESTRE
XX 0362165
PALM BEACH COUNTY JAIL
PO BOX 24716
WEST PALM BEACH FL 33416

CLERK OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
701 CLEMATIS STREET, ROOM 202
WEST PALM BEACH, FLORIDA
33401

33401-511352