United States District Court
Southern District of Florida
Case No. 9:16-CV-81934-ZLOCH

FILED by ___ D.C.
DEC 20 2016
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. of FLA. - W.P.B.

Quinton Sylvestre, Plaintiff

V.

Palm Beach County Sheriffs Office, et. al., Defendants

## Motion Requesting Emergency Injunction

The Plaintiff, Quinton Sylvestre, Pro Se, files this motion requesting emergency injunction, and in support thereof, states the following:

1) Quinton Sylvestre is the Plaintiff in this case, proceeding Pro Se.

2) The Plaintiff is indigent, and unable to purchase writing paper, stamped envelopes, and all legal materials from the inmate commissary.

3) On 12/8/2016, the Plaintiff submitted an

Page 1

"INMATE REQUEST FORM" TO THE PALM BEACH SHERIFFS OFFICE PROPERTY DEPT. REQUESTING "PRO SE INDIGENT LEGAL MATERIALS" TO BE USED FOR CASE NO. 9:16-CV-81934-ZLOCH, AND ATTACHED A COPY OF DE#6 AS PROOF OF PRO SE STATUS.

4) ON 12/14/2016, P.B.S.O. EMPLOYEE #5103 RESPONDED "WE ONLY PROVIDE PRO SE SUPPLIES FOR CRIMINAL CASES" (SEE ATTACHED SWORN DECLARATION OF QUINTON SYLVESTRE AND EXHIBIT "A" INMATE REQUEST FORM AND RESPONSE).

5) THE PLAINTIFF INTERPRETS THIS DENIAL OF LEGAL CORRESPONDENCE MATERIALS AS A BLATANT ATTEMPT TO DERAIL AND UNDERMINE THE PLAINTIFFS CIVIL RIGHTS ACTION AGAINST THE DEFENDANTS, WHO KNOW HE IS INDIGENT, AND CANNOT PAY FOR THE PAPER, ENVELOPES, AND POSTAGE NEEDED FOR FILINGS ON THIS CASE.

6) THE DEFENDANTS HAVE MADE IT CLEAR IN WRITING THAT THEY HAVE NO INTENTION OF PROVIDING THE PLAINTIFF WITH THE CLEARLY NEEDED PAPER,

PAGE 2

envelopes, and postage needed for the plaintiff to pursue his claim and seek relief through the courts. For the defendants to respond in writing that they only provide the needed materials for "criminal cases" and not civil cases is clearly unconstitutional.

Due to the fact that the plaintiff will be unable to pursue his claim against the defendants if the defendants are permitted to outright deny him paper, envelopes, and postage, the plaintiff requests an order from the court, ordering the defendants at Palm Beach County Jail to provide the plaintiff with above said pro se indigent legal correspondence materials. As supporting documentation, the plaintiff includes the written response to the plaintiffs request. This motion should be granted.

I declare under penalty of perjury the foregoing facts are true and correct.

DATE: 12/14/2016         X _____
Quinton Sylvestre #0362165
P.B.C.J. - PO Box 24716
West Palm Beach FL 33416

PAGE 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 9:16-CV-81934-ZLOCH

QUINTON SYLVESTRE, PLAINTIFF

V.

PALM BEACH COUNTY SHERIFFS OFFICE, ET. AL., DEFENDANTS

SWORN DECLARATION OF QUINTON SYLVESTRE

On 12/8/2016, I submitted an Inmate Request Slip to P.B.S.O. Property Dept., requesting "Pro Se indigent legal materials" (envelopes, paper, etc) to be used for Case No 9:16-CV-81934-ZLOCH. Attached was DE#6 as proof of Pro Se status. On 12/14/2016, Employee #5103 denied my request by stating, "We Only Provide Pro Se Supplies for Criminal Cases" (see attached Exhibit "A"). This interferes with my access to the courts, and due process. I declare under penalty of perjury the foregoing is true and correct.

DATE: 12-14-2016

[signature]
Quinton Sylvestre #0362165
Palm Beach County Jail
PO Box 24716
West Palm Beach FL 33416

# EXHIBIT A

**PALM BEACH COUNTY SHERIFF'S OFFICE**
**RIC L. BRADSHAW, SHERIFF**
**DEPARTMENT OF CORRECTIONS**

*(stamps/markings: "local", "PRO SE", "SHD", "RECEIVED DEC 1 0 2016 PROPERTY SIGNED")*

## INMATE REQUEST

[X] MAIN DETENTION CENTER    [ ] WEST DETENTION CENTER

*Only one request allowed per form.    *Solamente se permite una solicitud por formulario.    *Li entèdi pou fè plis pase yon demann sou chak fòmilè.

[ ] Commanding Officer / Oficial de Mando / Ofisye siperyè
[ ] Public Defender / Defensor público / Avoka defans piblik
[ ] Notary Service / Servicio de Notario / Sèvis notè
[ ] Classification / Clasificación / Klasifikasyon
[X] Property / Propiedad / Pwopriyete
[ ] Canteen / Cantina / Kantin
[ ] Inmate Records / Court Information / Registro de Reclusos / Información de Corte / Dosye prizonye / enfòmasyon sou jijman
[ ] Visitation / Visitas / Vizit
[ ] Other / Otro / Lòt _____

[ ] Program / Programas / Pwogram
[ ] Reading Library / Biblioteca para lectura / Bibliyotèk pou lekti
[ ] Educational Program / Programas Educacionales / Pwogram edikasyonèl
[ ] AA/NA Meetings / Reuniones de AA/NA / Reyinyon AA/NA
[ ] Another Way Drug Education Dorm / Dormitorio para la Educación sobre drogas "Another Way" / Dòmitwa Another Way pou edikasyon sou dwòg
[ ] Re-Entry / Reingreso / Retou
[ ] Alternative Custody / IHA / Detención Alterna / Arresto Domiciliario / Gad altènatif / kouvrefe adomisil
[ ] Work Release / Salida para Trabajar / Sòti pou ka travay

[ ] Chaplain / Capellán / Chaplen
[ ] Bible Study / Estudio Bíblico / Li labib
[ ] Spanish Church Service / Servicio en Español / Legliz panyòl
[ ] Catholic Church Service / Servicio Católico / Legliz katolik
[ ] Jewish Service / Servicio Judio / Sèvis jyif
[ ] Jehovah's Witness / Testigo de Jehovah / Temwen jewova
[ ] Muslim Prayer / Oración Musulman / Priyè mizilman
[ ] Non-Denominational Church / Servicio No-Denominación / Legliz san denominasyon
[ ] Request for Bible / Pedido de Biblia / Demann pou labib

**Name (Print):** QUINTON SYLVESTRE
**Date:** 12/8/16
**Jacket #:** 0362165
**Pouch #:** 0188
**Date of Birth:** 11/1/76
**Housing Unit:** 54D

**State the reason for submitting this request:**
SEE THE ATTACHED PROOF OF PRO SE STATUS, DATED 12/05/2016, FROM THE UNITED STATES DISTRICT COURT, CASE NO 16-CV-81934-ZLOCH. I AM INDIGENT. PLEASE SEND ME PRO SE INDIGENT LEGAL MATERIALS: 50 SHEETS OF LEGAL WRITING PAPER, 20 REGULAR ENVELOPES, AND 20 9X12 LEGAL ENVELOPES. I HAVE LEGAL MOTIONS TO FILE AND DEADLINES TO MEET. PLEASE ALSO RETURN MY LEGAL DOCUMENTS. THANK YOU.

**Official Response:** We only provide pro se supplies for criminal cases.

**Official's Signature:** ELL5703
**Date:** 12-14-16

PBSO CF #0019 REV. 05/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-81934-ZLOCH
MAGISTRATE JUDGE P.A. WHITE

QUINTON SYLVESTRE,

    Plaintiff

v.

PALM BEACH COUNTY SHERIFF'S OFFICE, ET AL.,

    Defendants.

ORDER OF INSTRUCTIONS TO PRO SE CIVIL RIGHTS LITIGANTS

The Plaintiff in this case is proceeding *pro se*. It is therefore important that he be advised of essential requirements concerning this case. It is therefore

ORDERED AND ADJUDGED as follows:

1. It is the responsibility of the plaintiff to keep the Court advised of his or her current address at all times. If the plaintiff's address changes and no change of address is promptly filed with the Clerk of Court, <u>this case may be dismissed for lack of prosecution</u>. A change of address must be labeled "Notice of Change of Address" and must not include any motions or other information except for the new address and the effective date of the change. The plaintiff must understand that the Court does not know if the plaintiff is transferred or released unless a change of address is filed.

2. It is the responsibility of the plaintiff to provide the full name, title, if any, and address of the defendant(s). If service cannot be accomplished upon a defendant due to lack of information provided by the plaintiff, the case will be dismissed

6. All pleadings must include the case number at the top of the first page. The parties shall send the original of every pleading or document to the Clerk of this Court. Miami cases to be filed at 400 North Miami Avenue, 8th Floor, Miami, Florida 33128; Broward cases to be filed at 299 East Broward Boulevard, Room 108, Fort Lauderdale, Florida 33301; West Palm Beach cases to be filed at 701 Clematis Street, Room 202, West Palm Beach, Florida 33401. Each submission shall include 1) a copy of the pleading or document, and 2) a certificate of service stating the date a true copy of the pleading or document was sent to the opposing party(ies) and/or counsel for such party(ies).

7. No original pleading or document shall be sent directly to a Judge or Magistrate Judge of this Court. Any paper submitted directly to a Judge or Magistrate Judge rather than to the Clerk will be disregarded by the Court.

8. The plaintiff is instructed not to send letters to the Court or to the Clerk. All documents must be filed in accordance with the Federal Rules of Civil Procedure and copies must be furnished to opposing counsel. No letter to the Court will be answered. The plaintiff must understand that letters are not motions or pleadings and are therefore not docketed in the case.

9. A *pro se* litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason. No information about the case can be obtained from the Judge's office. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, *pro se* or otherwise.

10. The plaintiff has no counsel to assist in the discovery

service of process by the Marshal. Otherwise, any costs and fees incurred by the Marshal on behalf of the plaintiff are properly billed to the plaintiff.

DONE AND ORDERED at Miami, Florida this 2nd day of December, 2016.

                                                   s/Patrick A. White
                                      UNITED STATES MAGISTRATE JUDGE

cc: Quinton Sylvestre
    0362165
    Palm Beach County Jail
    Inmate Mail/Parcels
    Post Office Box 24716
    West Palm Beach, FL 33416
    PRO SE